UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
OSCAR GARCIA,                                             :

        Plaintiff,

v.                                                 **ORDER**

                                                  21 CV 8221 (VB)

JIELAN PAN LU, 158 WILLOW ST LLC, 74
OAK ST LLC, XIAOCUN LU a/k/a George Lu,
and 897 NEPPERHAN PROPERTY LLC,
        Defendants.
--------------------------------------------------------------x

        Plaintiff commenced the instant action on October 5, 2021.

        On November 22, 2021, plaintiff docketed affidavits of service indicating service on each defendant on November 12, 2021. (Docs. ##13-17). Accordingly, defendants had December 3, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

        To date, defendants have not answered, moved, or otherwise responded to the complaint.

        Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **January 12, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **January 26, 2022**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: December 22, 2021
       White Plains, NY

                                                SO ORDERED:

                                                _____
                                                Vincent L. Briccetti
                                                United States District Judge