UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
OSCAR GARCIA,
                Plaintiff,

v.

JIELAN PAN LU, 158 WILLOW ST LLC, 74
OAK ST LLC, XIAOCUN LU a/k/a George Lu,
and 897 NEPPERHAN PROPERTY LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 8221 (VB)

      Plaintiff commenced the instant action on October 5, 2021.

      On November 22, 2021, plaintiff docketed affidavits of service indicating service on each defendant on November 12, 2021.  (Docs. ##13-17).  On January 5, 2022, this Court granted the parties' Stipulation and Order Extending Time to Answer or Otherwise Respond to the Complaint (Doc. #20).  Accordingly, defendants had until February 18, 2022, to respond to the complaint.

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **March 21, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **April 1, 2022**.  **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: February 22, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge